CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
MAR 05 2013
JULIA _____, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JUAN RODRIGUEZ, | ) | CASE NO. 7:13CV00047 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. This civil action is **DISMISSED** without prejudice as legally frivolous, pursuant to 28 U.S.C. § 1915A(b)(1);

2. The clerk is **DIRECTED** to terminate Debbie Stevens as a party to this action, as she is not identified in the complaint as a defendant; to change the style of the case on the court's docket to "*Rodriguez v. Federal Bureau of Prisons*"; and to add "Beckley Consolidated Legal Center" as a defendant; and

3. This action is stricken from the active docket of the court.

ENTER: This 5th day of March, 2013.

_____
Chief United States District Judge